# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD E. SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 09-0381-CG-N |
| ) | |
| FIRST AMERICAN MORTGAGE TRUST ) | |
| a/k/a, d/b/a NXTLOAN.COM, Corp., et al. ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

It is hereby **ORDERED, ADJUDGED**, and **DECREED** that REO Land Services, Inc. shall defend and indemnify First American Mortgage Trust a/k/a, d/b/a NXTLOAN.COM, Corp. for all of the claims asserted in this action against First American.

**DONE and ORDERED** this 14th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE