**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DONALD E. SMITH, et al.,** | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **vs.** | :    **CIVIL ACTION 09-0381-CG-N** |
| | : |
| **FIRST AMERICAN MORTGAGE** | : |
| **TRUST, a/k/a, d/b/a NXTLOAN.COM** | : |
| **CORP., et al.,** | : |
| | : |
| **Defendants.** | : |

**<u>ORDER</u>**

    This cause is before the court on the motions for default judgment against 1st Continental Mortgage, Inc. filed by First American Mortgage Trust (Doc. 56) and by the plaintiffs (Doc. 57). First American Mortgage Trust and the plaintiffs are **ORDERED** to e-file proposed default judgments and forward a Word or WordPerfect version of the proposed judgments to the court's e-mail address at efile_granade@alsd.uscourt.gov **on or before March 24, 2010.**[1]

    **DONE and ORDERED** this 17th day of March, 2010.


                                            /s/ Callie V. S. Granade
                                            UNITED STATES DISTRICT JUDGE

---

[1]This e-mail address is not to be utilized to communicate with the court unless otherwise permitted or when communications are solicited by the court.