## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONALD E. SMITH,** *et al.,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE: 1:09-cv-00381-CG-N** |
| | ) | |
| **FIRST AMERICAN MORTGAGE TRUST,** | ) | |
| **a/k/a. d/b/a NXTLOAN.COM, Corp.,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### VERIFIED APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT AGAINST 1ST CONTINENTAL MORTGAGE, INC.

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF BALDWIN** | ) |

Comes now Earl P. Underwood, Jr., Esq., having first been duly sworn and does state as follows:

My name is Earl P. Underwood, Jr. and I am counsel for **DONALD E. SMITH and KAREN L. SMITH** in this matter. My office address located at is 21 South Section Street, Fairhope, Alabama, 36532. I am personally familiar with the facts contained herein.

1.  The Complaint against the defendant was filed in this Court on or about July 6th 2009.

2.  The Amended Complaint against the defendant was filed in this Court on or about November 17th 2009.

3.  The service of the Alias Summons was perfected by certified mail on or about August 9th 2010, as evidenced by a Return Receipt Card.

4.  The defendant was due to file an answer to the Complaint and Amended Complaint by on or before August 30th 2010.

5.     The defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6.     The Defendant is a corporate entity.

7.     Plaintiffs are entitled to the Clerk's entry of default pursuant to Fed. R. Civ. P. 55(a), so that they may pursue a motion before the Court for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

DATED this, the 16th day of September, 2010.

_____
Earl P. Underwood, Jr.

Sworn to and subscribed before me on this, the 16th day of September, 2010.

NOTARY PUBLIC
My Commission Expires: August 1, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 16th 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory S. Ritchey
Ritchey Simpson & Glick, PLLC
The Mountain Brook Center
2700 Highway 280 Suite 203 W
Birmingham, AL 35223-2468

Harlan F. Winn, III
Battle, Fleenor Green Winn & Clemmer,
LLP
The Financial Center
Ste 1150,  505 North 20th St.
Birmingham, AL 35203


And by first class mail postage prepaid to the following:

1st Continental Mortgage, Inc.
c/o Raymond Moatz
2691 E Oakland Park Blvd. #203
Ft. Lauderdale FL 33306

EARL P. UNDERWOOD, JR. (UNDEE6591)
Attorneys for Plaintiffs
21 South Section St.
Fairhope, Alabama  36532
Telephone: 251.990.5558
Facsimile:  251.990.0626
E-mail: epunderwood@alalaw.com